UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80152-DMM

HOWARD COHAN,

    Plaintiff,

v.

BENTO BOCA, LLC,
a Florida Limited Liability Company
d/b/a BENTO

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Howard Cohan, and Defendant, Bento Boca, LLC, hereby notify the Court, that the Plaintiff and Defendant (collectively, "Parties") have resolved the matters in controversy in this action. It is anticipated that the Parties will file a stipulation and motion for dismissal with prejudice for the Court's approval within the next thirty (30) days.

| | |
|---|---|
| /s/ Gregory S. Sconzo | /s/ Merry E. Lindberg |
| Gregory S. Sconzo, Esq. | Merry E. Lindberg, Esq. |
| Florida Bar No. 0105553 | Florida Bar No. 308102 |
| Sconzo Law Office, P.A. | Ford & Harrison LLP |
| 3825 PGA Blvd., Suite 207 | 1450 Centrepark Blvd., Suite 325 |
| Palm Beach Gardens, FL 33410 | West Palm Beach, FL 33401 |
| Telephone: (561) 729-0940 | Telephone: (561) 345-7505 |
| Facsimile: (561) 491-9459 | Facsimile: (561) 345-7501 |
| Email: greg@sconzolawoffice.com | Email: mlindberg@fordharrison.com |
| | |
| *Attorneys for Plaintiff* | Luis A. Santos, Esq. |
| | Florida Bar No. 84647 |
| | Ford & Harrison LLP |
| | 101 E. Kennedy Blvd., Suite 900 |
| | Tampa, Florida 33602 |
| | Telephone: (813) 261-7800 |
| | Email: lsantos@fordharrison.com |
| | *Attorneys for Defendant* |

*Cohan v. Bento Boca, LLC*
Case No. 9:20-cv-80152-DMM
Joint Notice of Settlement

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 10, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Plaintiff's counsel Gregory S. Sconzo, Esq., The Law Office of Gregory S. Sconzo, P.A., 3825 PGA Blvd., Suite 207, Palm Beach Gardens, FL 33410.

/s/ Merry E. Lindberg
Merry E. Lindberg, Esq.
Florida Bar No. 308102