UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80152-DMM

HOWARD COHAN,

    Plaintiff,

v.

BENTO BOCA, LLC,
a Florida Limited Liability Company
d/b/a BENTO

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff, Howard Cohan, and the Defendant, Bento Boca, LLC., (collectively, the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against Bento Boca, LLC.; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement; and (4) the Parties condition the stipulation upon this Court entering an order retaining jurisdiction to enforce the terms of the Parties' Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

| | |
|---|---|
| /s/ Gregory S. Sconzo | /s/ Merry E. Lindberg |
| Gregory S. Sconzo, Esq. | Merry E. Lindberg, Esq. |
| FL Bar No.: 0105553 | Florida Bar No.: 308102 |
| Sconzo Law Office, P.A. | Ford & Harrison LLP |
| 3825 PGA Blvd., Suite 207 | 1450 Centrepark Blvd., Suite 325 |
| Palm Beach Gardens, FL 33410 | West Palm Beach, FL 33401 |
| Telephone: (561) 729-0940 | Telephone: (561) 345-7505 |
| Facsimile: (561) 491-9459 | Facsimile: (561) 345-7501 |
| Email: greg@sconzolawoffice.com | E-mail: mlindberg@fordharrison.com |
| *Attorneys for Plaintiff* | Luis A. Santos, Esq. |
| | Florida Bar No. 84647 |

*Cohan v. Bento Boca, LLC*
Case No. 9:20-cv-80152-DMM
Stipulation for Dismissal with Prejudice

        Ford & Harrison LLP
        101 E. Kennedy Blvd., Suite 900
        Tampa, Florida 33602
        Telephone: (813) 261-7800
        Email: lsantos@fordharrison.com
        *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 17, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Plaintiff's counsel Gregory S. Sconzo, Esq., Sconzo Law Office, P.A., 3825 PGA Blvd., Suite 207, Palm Beach Gardens, FL 33410.

        /s/ Merry E. Lindberg
        Merry E. Lindberg, Esq.
        Florida Bar No. 308102