UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-80152-Civ-Middlebrooks/Brannon

HOWARD COHAN,

    Plaintiff,

v.

BENTO BOCA LLC,

    Defendant.

_____/

## ORDER DISMISSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal With Prejudice, filed on June 17, 2020. (DE 19). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action.

Accordingly, it is hereby **ORDERED and ADJUDGED** that:

1. This action is **DISMISSED WITH PREJUDICE.**

2. This case **remains CLOSED.**

3. The Court retains jurisdiction to enforce the Parties' settlement agreement.

**SIGNED** in Chambers in West Palm Beach, Florida, this 18th day of June, 2020.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE